```
1  LAWRENCE G. BROWN
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748
```

**FILED**

SEP 2 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE:<br>Search of<br>824 Whispering Winds Lane<br>Chico, California 95928 | Case No. 2:08-SW-0248 KJM<br><br>MOTION & PROPOSED ORDER TO<br>UNSEAL SEARCH WARRANT |

Upon consideration of the attached motion of the United States of America, by Assistant U.S. Attorney Russell L. Carlberg, it is hereby

**ORDERED**

That the order unsealing the Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant Return in the above-entitled matter be immediately unsealed.

Date: September 25, 2009

_GREGORY G. HOLLOWS_
HONORABLE GREGORY G. HOLLOWS
U.S. Magistrate Judge